IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HAYDEN CONSTRUCTION & SERVICE COMPANY,**<br><br>**Defendant.** | Case No. 1:21-cv-01341 |

## CONSENT ORDER AND JUDGMENT

Upon agreement of the parties, Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund ("NPF") and Defendant Hayden Construction & Service Company ("Hayden"), judgment shall be entered in favor of Plaintiff and against Defendant, as set forth herein:

1. The NPF and Defendant have executed a Settlement Agreement ("Settlement") on April 28, 2022, setting forth the terms and conditions of a settlement payment plan between the parties.

2. Based on the Settlement, Judgment in the total sum of $10,000 is entered in favor of the NPF against Defendant. The parties shall bear their own costs and attorneys' fees.

3. The NPF shall not attempt to enforce this Judgment unless there is an uncured default of the Settlement. The NPF shall file a satisfaction of judgment with the Court within seven days of full satisfaction of the settlement payment plan contained within the Settlement.

4. If Defendant fails to comply with any of the terms of this Order, Plaintiff may, in addition to pursuing the remedies provided under Fed. R. Civ. P. 69, reopen this case upon

motion to this Court and notice to the Defendant, and may, at that time, ask for further appropriate monetary and/or injunctive relief.

5. If a court of competent jurisdiction finds that Defendant has failed to comply with the terms of this Order, Defendant shall pay to the NPF any additional reasonable attorneys' fees and costs incurred in connection with any effort to enforce and collect this judgment.

6. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer to other jurisdictions upon the request of the NPF and payment of any required fee.

| For Plaintiff: | For Defendant: |
|---|---|
| Diana M. Bardes (Va. Bar # 81831) | Daniel Deacon (VA Bar #87451) |
| Mooney, Green, Saindon, | Conn Maciel Carey LLP |
| Murphy & Welch, P.C. | 5335 Wisconsin Ave. NW, Suite 660 |
| 1920 L Street, N.W., Suite 400 | Washington, DC 20015 |
| Washington, D.C. 20036 | ddeacon@connmaciel.com |
| dbardes@mooneygreen.com | (202) 909-2738 |
| (202) 783-0010 | (202) 827-7899 (fax) |
| (202) 783-6088 (fax) | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

BY THE COURT

_____
United States District Judge
Alexandria, Virginia

_____
Date